**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Lisa Ballard,                                                                        Civil No. 05-563 (RHK/AJB)

        Plaintiff,                                                           **ORDER**

v.

IntelliRisk Management Corporation,
d/b/a Allied Interstate, Inc.,

        Defendant.

---

     Based upon the Stipulation of counsel, **IT IS HEREBY ORDERED** that the above action may be, and hereby is, **DISMISSED WITH PREJUDICE** and on the merits, without costs or disbursements to any party.

Dated: June 13, 2006

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge